USA-74-24B
(Rev. 05/01)

CRIMINAL DOCKET

**4:20-CR-415**

**HOUSTON DIVISION**

No.
United States Courts
Southern District of Texas
FILED

USAO Number: 2020R10462
Magistrate Number:

**Bennett**

CRIMINAL INDICTMENT

Filed: *September 09, 2020* Judge:

David J. Bradley, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:

RYAN K. PATRICK, USA  (713) 567-9000
SHERIN DANIEL, AUSA  (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| DANIEL ESPINOSA | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Charge (Total) (Counts) (1)

Ct. 1: Illegal Reentry Into The United States [8 USC § 1326(a)]

**PENALTY:**
Ct. 1: Not more than 2 years imprisonment; not to exceed $250,000 fine, 1 year SRT; $100 SA

☑ In Jail

TDCJ Huntsville
815 12th Street
Huntsville, Texas 77348

NAME & ADDRESS
of Surety:

☐ On Bond

☐ No Arrest

PROCEEDINGS: