United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No.    **4:20-CR-415** |
| | § | |
| DANIEL ESPINOSA | § | |
| | § | |
| Defendant. | § | |

### Order for Issuance of Bench Warrant

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant
DANIEL ESPINOSA

☑ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on Sept 10, 2020
Corpus Christi

UNITED STATES MAGISTRATE JUDGE

Jason B. Libby
United States Magistrate Judge